**FILED**
CLERK, U.S. DISTRICT COURT

6/4/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMUEL MATOSYAN,<br><br>        Defendant. | CR No.   2:21-cr-00268-PA<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Possession with Intent<br>to Distribute Marijuana] |

The Acting United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

Beginning on a date unknown to the Acting United States

Attorney, and continuing until on or about October 4, 2020, in Los

Angeles County, within the Central District of California, and

///

///

///

///

///

///

///

1  elsewhere, defendant SAMUEL MATOSYAN possessed with intent to

2  distribute at least 50 marijuana plants, that is, approximately 780

3  marijuana plants, a Schedule I controlled substance.

4

5                                    TRACY L. WILKISON
                                     Acting United States Attorney

6

7

8                                    SCOTT M. GARRINGER
                                     Assistant United States Attorney
9                                    Chief, Criminal Division

10                                   MACK E. JENKINS
                                     Assistant United States Attorney
11                                   Chief, Public Corruption and Civil
                                     Rights Section
12
                                     RUTH C. PINKEL
13                                   Assistant United States Attorney
                                     Acting Deputy Chief, Public
14                                   Corruption and Civil Rights
                                     Section
15
                                     THOMAS F. RYBARCZYK
16                                   Assistant United States Attorney
                                     Public Corruption and Civil Rights
17                                   Section

18                                   LINDSEY GREER DOTSON
                                     Assistant United States Attorney
19                                   Public Corruption and Civil Rights
                                     Section
20

21

22

23

24

25

26

27

28

                                     2